UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
DILENIA PAGUADA, on behalf of herself :
and all others similarly situated, :
:
                             Plaintiff, : 20-CV-5518 (VSB)
:
          -against- : **ORDER**
:
:
WHOLESALE INTERIORS INC., :
:
                            Defendant. :
:
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      The above-captioned action was terminated on October 9, 2020 after it was brought to my attention that the parties had reached a settlement. On October 20, 2020, counsel for Defendant filed a letter requesting approval a consent decree. (Doc. 14.) In light of the time elapsed since there has been activity in this action, the parties are ORDERED to file a joint letter, by July 16, 2021, regarding the status of this action and whether Defendant seeks to have the Court approve the consent decree and/or whether the parties require any further intervention from the Court.

SO ORDERED.

Dated: July 12, 2021
      New York, New York

                                                 Vernon S. Broderick
                                                 United States District Judge